STATE OF CONNECTICUT *v.* ROBERT J. GRAY
(11355)

DALY, O'CONNELL and HEIMAN, Js.

Argued June 11—decision released July 6, 1993

*Joseph D. Courtney,* for the appellant (defendant).

*Leah Hawley,* assistant state's attorney, with whom, on the brief, were *Patricia Swords,* state's attorney, and *Sandra Tullius,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.